FILED
CLERK, U.S. DISTRICT COURT

FEB 22 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Document Filed Electronically

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRKER ENTERPRISES, INC., | Civil Action No. CV11-10394 CBM (CWx) |
| Plaintiff, | District Judge Consuelo B. Marshall |
| v. | Magistrate Judge Carla Woehrle |
| GENOSCO (d/b/a KLEANCOLOR), | |
| Defendant. | |

## FINAL JUDGMENT ON CONSENT

On the agreement and consent of plaintiff Kirker Enterprises, Inc. ("Kirker") and defendant Genosco (d/b/a KleanColor) ("Genosco") and Chang Kim ("Kim"), President of Genosco, and having agreed to the settlement of the claims and counterclaims in this case and consenting to the entry of this Final Judgment on Consent, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Kirker has the right to bring this cause of action under United States Patent No. 5,935,590 ("the '590 Patent") and United States Patent No. 6,139,822 ("the '822 Patent").

3. Defendant Genosco, its officers, agents, and employees, and all persons acting in concert or participation with any of the foregoing, including Kim, hereby acknowledge and admit that the '590 and '822 Patents are valid and enforceable.

4. Defendant Genosco, its officers, agents, and employees, and all persons acting in concert or participation with any of the foregoing, including Kim, agree not to, and therefore are enjoined from, manufacturing, having manufactured, distributing, importing, advertising, marketing, offering for sale, or selling crackle nail polish, including but not limited to any

crackle nail polish products sold by Genosco and characterized as forming random cracks after application to nails and upon drying of the applied nail polish layer, and claimed in one or both of the '590 Patent and '822 Patent, said crackle nail polish products including, but not limited to the nail polish products sold by Genosco under the name "Crack."

5. In the event Kirker initiates a proceeding against Genosco or any of its officers, agents, or employees, including Kim, for violation of the aforesaid injunction, Genosco and its officers, agents, and employees, including Kim, agree not to assert any defense of invalidity or unenforceability of the '590 and '822 Patents.

6. Except as otherwise set forth in paragraphs 1, 2, 3, 4 and 7 hereof, in the event of any future proceedings regarding this consent order, Kirker's claims against Genosco in the instant case are hereby dismissed with prejudice.

7. Genosco's counterclaims are hereby dismissed with prejudice.

8. The parties shall bear their own attorney fees, expenses, and costs.

9. The parties consent to this Court retaining jurisdiction of this case to enforce the provisions of this judgment and the terms of the settlement agreement referenced herein.

10. The parties waive their right to appeal this judgment.

| | |
|---|---|
| LERNER, DAVID, LITTENBERG,<br>KRUMHOLZ & MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ 07067<br>*Attorneys for Plaintiff*<br>*Kirker Enterprises, Inc.*<br><br>By: _____<br>Arnold I. Rady<br>Tel: 908.654.5000<br>Fax: 908.654.7866<br>E-mail: arady@ldlkm.com<br>litigation@ldlkm.com<br><br>Dated: Feb 21 2012 | Todd W. Bonder<br>ROSENFELD MEYER<br>& SUSMAN, LLP<br>9601 Wilshire Boulevard, Suite 710<br>Beverly Hills, CA 90210<br><br>Tel: 310.858.7700<br>Fax: 310.860.2430<br><br>*Attorneys for Defendant*<br>*Genosco, Inc.*<br><br>By: _____<br><br>Dated: February 21, 2012 |

SO ORDERED:

Dated: 2/22/12
Los Angeles, California

_____
Consuelo B. Marshall, United States District Judge

3